IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEROME MOLES                                                                                   PLAINTIFF
ADC #159854

v.                                        No: 4:16-cv-00867 PSH

MICHELLE GANT                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 16th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE